UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE STERLING LACY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. TAYLOR, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1859 CKD P<br><br><br><br>ORDER |

On March 27, 2017, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff was warned that failure to file a second amended complaint would result in dismissal. The time for filing a second amended complaint has expired, and plaintiff has not filed a second amended complaint. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: June 21, 2017

　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
lacy1859.fta